No. 93–5009. RODRIGUEZ *v.* MARSHALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–5010. RUCHMAN ET AL. *v.* WOLFF ET AL. Ct. App. N. Y. Certiorari denied.

No. 93–5011. POMPE *v.* CITY OF YONKERS ET AL. Ct. App. N. Y. Certiorari denied.

No. 93–5012. THRIFT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5013. STEWART *v.* UNITED STATES; and
No. 93–5102. GERARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5014. HAMILTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5015. JONES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5016. ECKERT *v.* ECKERT. Ct. App. Kan. Certiorari denied.

No. 93–5020. WRIGHT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5021. TAYLOR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5023. SLOAN *v.* SLOAN. Sup. Ct. Va. Certiorari denied.

No. 93–5024. TILLI *v.* BOARD OF REVIEW. Super. Ct. N. J., App. Div. Certiorari denied.

No. 93–5026. SEATON *v.* JABE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–5027. PULLEN *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 93–5028. LANGHAM *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.